**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 10-6535**

—————

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

       v.

KEVIN HOWELL, a/k/a William Anthony Johnson,

              Defendant – Appellant.

—————

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  James A. Beaty, Jr.,
Chief District Judge.  (2:94-cr-00020-JAB-2)

—————

Submitted:  August 19, 2010          Decided:  August 30, 2010

—————

Before MOTZ, GREGORY, and AGEE, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Kevin Howell, Appellant Pro Se.  Douglas Cannon, Angela Hewlett
Miller, Assistant United States Attorneys, Greensboro, North
Carolina, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Howell appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Howell, No. 2:94-cr-00020-JAB-2 (M.D.N.C. filed July 10, 2009; entered July 13, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED